| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prewitt, Frederick, D** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Prewitt, Demetrius, A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **2773** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **6564** |
| Street Address of Debtor (No. & Street, City, and State):<br>**4122 Ashwinton Way**<br>**Rockford IL**    ZIP CODE **61109** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**4122 Ashwinton Way**<br>**Rockford IL**    ZIP CODE **61109** |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Frederick D Prewitt, Demetrius A Prewitt** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   **/s/ Laura L McGarragan**      **5/12/2009** <br>      Signature of Attorney for Debtor(s)    Date <br>      **Laura L McGarragan**      **6199753** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and Exhibit C is attached and made a part of this petition. |
| ☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
|      _____ <br>      (Name of landlord that obtained judgment) <br><br>      _____ <br>      (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Frederick D Prewitt, Demetrius A Prewitt** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frederick D Prewitt**
_____
Signature of Debtor    **Frederick D Prewitt**

X **/s/ Demetrius A Prewitt**
_____
Signature of Joint Debtor    **Demetrius A Prewitt**

_____
Telephone Number (If not represented by attorney)

**5/12/2009**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X **/s/ Laura L McGarragan**
_____
Signature of Attorney for Debtor(s)

**Laura L McGarragan  Bar No.  6199753**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**McGarragan Law Offices**
_____
Firm Name

**1004 N. Main St. Rockford, IL 61103**
_____
Address

**815 961-1111**        **815-961-9233**
_____
Telephone Number

**5/12/2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re   **Frederick D Prewitt   Demetrius A Prewitt**                  Case No. _____
_____
Debtor(s)                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D) (12/08) – Cont.**

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Frederick D Prewitt**
                          **Frederick D Prewitt**

Date:   **5/12/2009**

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re    **Frederick D Prewitt   Demetrius A Prewitt**          Case No. _____
                    Debtor(s)                                                    *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D)  (12/08) – Cont.**

❏    Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏    Active military duty in a military combat zone.

❏    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Demetrius A Prewitt** _____
                        **Demetrius A Prewitt**

Date:    **5/12/2009** _____

B6A (Official Form 6A) (12/07)

In re:  **Frederick D Prewitt    Demetrius A Prewitt**                    Case No. _____
                              **Debtors**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total    ➢    **0.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Frederick D Prewitt    Demetrius A Prewitt** _____ ,    Case No. _____

Debtors    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit** | J | 950.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | J | 900.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | 1,200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** | W | 500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Frederick D Prewitt   Demetrius A Prewitt**                          ,        Case No. _____

                          **Debtors**                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Grand Am** | J | **3,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Bonneville** | J | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **Potential personal injury suit** | J | **10,000.00** |

        ___1___   continuation sheets attached          Total   >   **$ 19,670.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

In re   **Frederick D Prewitt    Demetrius A Prewitt** _____ ,    **Case No.** _____

Debtors    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **401K** | **735 ILCS 5/12-1006** | **0.00** | **500.00** |
| **Cash** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Checking account** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Clothing** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **900.00** | **900.00** |
| **Potential personal injury suit** | **735 ILCS 5/12-1001(h)(4)** | **10,000.00** | **10,000.00** |
| **Security deposit** | **735 ILCS 5/12-1001(b)** | **1,250.00** | **950.00** |

B6D (Official Form 6D) (12/07)

In re  **Frederick D Prewitt    Demetrius A Prewitt** _____.        Case No. _____

**Debtors**                                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Angler Motors<br>4913 N 2nd St.<br>Loves Park IL  61111 | | J | PMSI<br>2000 Pontiac Grand AM<br><br>VALUE $3,000.00 | | | | 4,000.00 | 1,000.00 |
| ACCOUNT NO.<br><br>Elite Motors<br>3036 Kishwaukee St.<br>Rockford IL  61109 | | J | PMSI<br>2003 Bonneville<br><br>VALUE $3,000.00 | | | | 5,000.00 | 2,000.00 |

<u>0</u>    continuation sheets
attached

Subtotal ➤
(Total of this page)

| $ | 9,000.00 | $ | 3,000.00 |
|---|---|---|---|

Total ➤
(Use only on last page)

| $ | 9,000.00 | $ | 3,000.00 |
|---|---|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Frederick D Prewitt   Demetrius A Prewitt** _____   Case No. _____

Debtors   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Frederick D Prewitt    Demetrius A Prewitt** _____,    Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $ **0.00** | $ **0.00** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** | $ **0.00** |

**B6F (Official Form 6F) (12/07)**

In re   **Frederick D Prewitt   Demetrius A Prewitt** _____   Case No. _____
                                    Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Account Recovery Services** <br> **PO Box 2526** <br> **Loves Park IL  61132** <br><br><br> **Raymond C Fellows MD** <br> **1309 2nd Ave.** <br> **Rockford IL  61104** | | J | **Collection for Raymond Fellows MD** | | | | 740.00 |
| ACCOUNT NO.   **513126** <br><br> **Accounts Receivable Mgt.** <br> **7507 N 2nd St.** <br> **Machesney Park IL  61115** | | | **Collection for Frederick Church** | | | | 444.00 |
| ACCOUNT NO.   **25629433/46526336** <br><br> **Advance America Cash Advance** <br> **5924 N 2nd St.** <br> **Loves Park IL  61111** | | | **Loans** | | | | 2,159.00 |
| ACCOUNT NO.   **19838** <br><br> **Advance Cash Express** <br> **401 East Riverside Blvd** <br> **Loves Park IL  61111** | | | **Loan** | | | | 4,872.00 |

<u>17</u>   Continuation sheets attached

Subtotal  ➤ $   **8,215.00**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Frederick D Prewitt   Demetrius A Prewitt**                    Case No. _____
                    **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **ILB81958900** <br><br> **Affirmative Insurance** <br> **150 Harvester Dr.  Ste 300** <br> **Burr Ridge IL  60527** | | | **Insurance** | | | | 515.00 |
| ACCOUNT NO.   **182756201** <br><br> **Afni** <br> **PO Box 3427** <br> **Bloomington IL  61702-3427** <br><br> **Charter Communications** <br> **2701 Daniels St.** <br> **Madison WI  53718-6792** <br><br> **Verizon** <br> **777 Big Timber Rd.** <br> **Elgin IL  60123** <br><br> **Credit Protection Association** <br> **13355 Noel Rd.** <br> **Dallas TX 75240** | | | **Collection for:** <br> **Charter Communications #** <br> **300182756202-3150002** <br> **Verizon  #885235592-00001** | | | | 1,066.00 |
| ACCOUNT NO.   **13618596** <br><br> **Allied Interstate** <br> **435 Ford Rd.  Ste 800** <br> **Minneapolis MN  55428** | | J | **Collection for Nextel** | | | | 468.00 |

Sheet no.  1 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢   $                **2,049.00**

Total   ➢   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Frederick D Prewitt   Demetrius A Prewitt_____   Case No. _____
                              Debtors                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **74989** <br><br>**American Marketing & Publishing** <br>**PO Box 801** <br>**DeKalb IL  60115** | | W | **Home Pages Advertising** | | | | **350.00** |
| ACCOUNT NO. **202470XXXX** <br><br>**Anderson Financial Network** <br>**PO Box 3097** <br>**Bloomington IL  61702-3097** | | | **Collection** | | | | **376.00** |
| ACCOUNT NO. **5989439-7190** <br><br>**Baptist Hospital/Baptist Health System** <br>**PO Box 415000 MSC410203** <br>**Nashville TN  37241-5000** | | J | **Medical** <br>**005989462-7190 7 7191** | | | | **2,042.00** |

Sheet no. _2_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           **2,768.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick D Prewitt   Demetrius A Prewitt** _____ Case No. _____
Debtors (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **980 153080 ; 468 557251** | | | | | | | **318.00** |
| **Cabrera & Associates** **560 Route 303  STE 209** **Orangeburg NY  10962** **Bennett & Deloney** **PO Box 190** **Midvale UT  84047-0190** **Hall & Associates** **560 Route 303  STE 209** **Orangeburg NY  10962** **Security Check** **PO Box 1211** **Oxford MS  38655-1211** | | | Collection for Security Check; R&B Express Mart H & A # 996 1557251 | | | | |
| ACCOUNT NO. **529115180686....** | | | | | | | **595.00** |
| **Capital One** **PO Box 85520** **Richmond VA  23285-5520** | | | Credit card | | | | |
| ACCOUNT NO. | | H | | | | | **46.00** |
| **Checkcare Systems** **PO Box 1542** **Homewood IL  60430** | | | Collection | | | | |

Sheet no. _3_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **959.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Frederick D Prewitt   Demetrius A Prewitt**                                   Case No. _____
                                   **Debtors**                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8798 54 045 3347373** | | J | | | | | 215.00 |
| **Comcast** 4450 Kishwaukee St. Rockford IL  61109-0000 | | | Cable | | | | |
| ACCOUNT NO.   **2961481016 2819108062** | | J | | | | | 874.00 |
| **Commonwealth Edison** Bill Payment Center Chicago, IL  60668-0001 | | | Utility | | | | |
| ACCOUNT NO.   **05 0320 28102** | | | | | | | 83.00 |
| **Credit Collection Services** Two Wells Ave.  Dept. 9134 Newton MA  02459  **Founders** 1645 E Birchwood Ave. Des Plaines IL  60018 | | | Collection for Founders Insurance | | | | |
| ACCOUNT NO.   **91476** | | | | | | | 56.00 |
| **Credit Management Systems** PO Box 1735 Iowa City IA  52244 | | | Collection for U of I Dental College | | | | |

Sheet no.  4 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                    1,228.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frederick D Prewitt    Demetrius A Prewitt**                              Case No. _____
_____                                                    (If known)
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **06384** | | J | Collection for Kenneth Lutsch DDS and others | | | | 369.00 |
| **Creditors Protection Service** **PO Box 4115** **Rockford IL  61110** **Kenneth Lutsch DDS** **619 Harlem Rd.** **Machesney Park IL  61115** | | | | | | | |
| ACCOUNT NO. **200854** | | | Medical | | | | 104.00 |
| **Crusaders Central Clinic** **1200 West State St.** **Rockford IL  61102** | | | | | | | |
| ACCOUNT NO. **5178007744090721** | | | Credit card | | | | 404.00 |
| **First Premier Bank** **PO Box 5519** **Sioux Falls SD 57117-5519** **PFG of Minnesota** **PO Box 4115** **Concord CA  94524** | | | | | | | |

Sheet no. _5_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                       877.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Frederick D Prewitt   Demetrius A Prewitt**                             Case No. _____
                                         Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | Short sale 9758 Redfield Rd. Roscoe IL 61073 Ocwen # 0030493803 | | | | 10,000.00 |
| **Fisher & Shapiro** 4201 Lake Cook Rd. Northbrook IL 60062-1060 | | | | | | | |
| **Ocwen Loan Servicing** 12650 Ingenuity Dr. Orlando FL 32826-2703 | | | | | | | |
| **Ameriquest** 505 S Main St.  SE 6000 Orange CA 92868-4518 | | | | | | | |
| **CitiFinancial** PO Box 9138 Dept 0251 Gaithersburg MD 20898-9438 | | | | | | | |
| ACCOUNT NO. 1680702-101 | | J | **Collection for Kroger** 1680741-101 | | | | 295.00 |
| **Helvey & Associates** 1015 E Center St. Warsaw IN 46580-3497 | | | | | | | |
| ACCOUNT NO. **W3287344-BZ-ST510-999** | | | **Collection for Verizon North** | | | | 863.00 |
| **I. C.Systems Inc.** PO Box 64437 St. Paul MN 55164-0437 | | | | | | | |

Sheet no.  6 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **11,158.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt   Demetrius A Prewitt**   Case No. _____

**Debtors**   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | W | Overpayment | | | | 2,962.00 |
| **IDES** **PO Box 4385** **Chicago IL  60680-4385** | | | | | | | |
| ACCOUNT NO.  **3897162** | | | Utility Nicor# 9378991000-6619200905 | | | | 200.00 |
| **IGS Energy** **5020 Bradenton Ave.** **Dublin OH  43017** | | | | | | | |
| ACCOUNT NO.  **I101780703234251** | | | Repossessed 1997 Cadillac DeVille | | | | 1,571.00 |
| **Illinois Title Loans** **923 E State St.** **Rockford IL  61104** | | | | | | | |
| ACCOUNT NO.  **6098** | | | Dental | | | | 300.00 |
| **John G Onderak DDS** **1215 Cranston Rd.** **Beloit WI  53511-2534** **State Collection Service** **PO Box 6737** **Madison WI  53716-0737** | | | | | | | |

Sheet no.  7 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $    **5,033.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick D Prewitt   Demetrius A Prewitt** _____     Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **02-1248041**<br><br>**Knoxville Emergency Physicians Group**<br>**PO Box 343**<br>**Knoxville TN  37901-0343** | | J | Medical | | | | 220.00 |
| ACCOUNT NO.   **65309427**<br><br>**Lab Core**<br>**PO Box 2240**<br>**Burlington NC  27216-2240** | | | Labs | | | | 309.00 |
| ACCOUNT NO.<br><br>**Lundholm Surgical Group**<br>**PO Box 4117**<br>**Rockford IL  61110** | | H | Medical | | | | 50.00 |
| ACCOUNT NO.   **8523389342**<br><br>**Midland Credit Management**<br>**PO Box 939019**<br>**San Diego CA  92193-9019**<br><br><br>**Blatt, Hasenmiller, Leibsker & Moore**<br>**PO Box 489**<br>**Normal IL  61761** | | W | Collection for Aspire Visa: Midland Funding | | | | 937.00 |

Sheet no.  8 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $               **1,516.00**

Total  ➢  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Frederick D Prewitt   Demetrius A Prewitt**          Case No. _____
                              Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **PREWISHAW000/LO47..** <br> **Mutual Management Services** <br> **PO Box 4777** <br> **Rockford IL  61110** | | | **Collection for Harlem Consolidated Schools & Swedish American Hospital** | | | | 100.00 |
| ACCOUNT NO.   **37041711 & 3029015** <br> **NCO Financial Systems** <br> **PO Box 4912** <br> **Trenton NJ  08650** <br><br> **HSBC Card Services** <br> **PO Box 9438** <br> **Carol Stream IL  60197** <br><br> **Atlantic Credit & Finance** <br> **PO Box 11887** <br> **Roanoke VA  240221887** <br><br> **Capital Mgt Services** <br> **726 Exchange St.  STE 700** <br> **Buffalo NY  14210** | | | **Collection for HSBC Card services # 5406330011905072 & Rockford Clinic** | | | | 1,030.00 |
| ACCOUNT NO.   **66-54-93-4852 3** <br> **Nicor Gas** <br> **PO Box 2020** <br> **Aurora, IL  60507-2020** | | J | **Utility** | | | | 735.00 |

Sheet no.  9 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢ $                                     **1,865.00**

Total   ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt   Demetrius A Prewitt**                      Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **North Loves Christian School** <br> **5301 E Riverside Blvd.** <br> **Rockford IL  61114** | | J | **Tuition** | | | | **800.00** |
| ACCOUNT NO. **19.07490000.00** <br> **North Park Public Water District** <br> **PO Box 966** <br> **Roscoe IL  61073-0966** | | J | **Utility for 9758 Redfield** | | | | **89.00** |
| ACCOUNT NO. **NII 16564** <br> **Northern Illinois Scanning** <br> **PO Box 1733** <br> **Rockford il  61110-0233** | | | **Medical** | | | | **132.00** |
| ACCOUNT NO. **F26617498** <br> **Northland Group** <br> **po Box 390845** <br> **Edina MN  55439** | | | **Collection for Atlantic Credit & Finance** | | | | **747.00** |
| ACCOUNT NO. **253147** <br> **Physicians Immediate Care** <br> **11475 N 2nd St.** <br> **Machesney Park IL  61115** | | | **Medical** | | | | **145.00** |

Sheet no. _10_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ $ **1,913.00**

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Frederick D Prewitt   Demetrius A Prewitt_____   Case No. _____
                          **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Professional Tax Service**<br>**3124 Auburn St.**<br>**Rockford IL  61101** | | J | **Chase refund anticipation loan** | | | | 3,317.00 |
| ACCOUNT NO.   **RCR 144243**<br><br>**Radiology Consultants of Rockford**<br>**PO Box 4542**<br>**Rockford IL  61110** | | | **Medical**<br>**Multiple accounts 142702**<br>**28848  112550  67560** | | | | 372.00 |
| ACCOUNT NO.   **106685**<br><br>**Rebound Physical Therapy**<br>**3616 North Main St.**<br>**Rockford IL  61103** | | | **Medical** | | | | 95.00 |
| ACCOUNT NO.<br><br>**Reports Inc.**<br>**PO Box 10305**<br>**Knoxville TN  37939** | | | **Collection for Baptist Hospital West &**<br>**Knox ER Physicians** | | | | 1,133.00 |

Sheet no. _11_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   >   $                           **4,917.00**

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt   Demetrius A Prewitt**                    Case No. _____
_____
**Debtors**                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**RMS**<br>**77 Hartland St. STE 401**<br>**East Hartford CT 06128-0431**<br><br><br>**Travelers**<br>**One Tower Square**<br>**Hartford CT 06183-10010** | | | **Collection for Travelers** | | | | 83.00 |
| ACCOUNT NO.  **89661**<br><br>**Rockford Ambulatory Surgery**<br>**1016 Featherstone Rd.**<br>**Rockford IL 61107** | | | **Medical** | | | | 252.00 |
| ACCOUNT NO.  **162958**<br><br>**Rockford Anesthesiologists Assoc.**<br>**PO Box 4569**<br>**Rockford IL 61110-4569** | | | **Medical** | | | | 70.00 |
| ACCOUNT NO.  **627308**<br><br>**Rockford Associated Pathologists**<br>**PO Box 15785**<br>**Rockford IL 61132-5785** | | | **Medical** | | | | 48.00 |

Sheet no. _12_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **453.00**

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt   Demetrius A Prewitt**                              Case No. _____
                                                                                                             **(If known)**
                        **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **247149** <br><br> **Rockford Cardiology Associates** <br> **PO Box 8410** <br> **Rockford IL  61126-8410** <br><br><br> **United Credit Services** <br> **PO Box 740** <br> **Elkhorn WI  53121-0740** | | | **Medical** | | | | **193.00** |
| ACCOUNT NO.  **2011252679** <br><br> **Rockford Clinic** <br> **2300 N Rockton Ave.** <br> **Rockford IL  61103** | | J | **Medical-mutiple accounts** <br> **2011006109** <br> **14575005** <br> **and others** | | | | **4,300.00** |
| ACCOUNT NO.  **331762A395** <br><br> **Rockford Health Physicians** <br> **2300 N Rockton Ave.** <br> **Rockford IL  61103** | | | **Medical** | | | | **252.00** |
| ACCOUNT NO.  **2010660146** <br><br> **Rockford Health System/RMH** <br> **2400 North Rockton Ave.** <br> **Rockford IL  61103** <br><br><br> **Rockford Mercantile** <br> **2502 S Alpine Rd.** <br> **Rockford IL  61108** | | | **Medical** <br> **Multiple accts 2009444320** <br> **2011252679  2011006109  2009869336** <br> **2002327506** | | | | **8,833.00** |

Sheet no. _13_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                          Subtotal  ➤  $            **13,578.00**


                                                                          Total  ➤  $

                                               **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                             **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt    Demetrius A Prewitt**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **171849** <br><br> **Rockford Orthopedic Associates** <br> **PO Box 5247** <br> **Rockford IL  61125** | | | Medical | | | | 50.00 |
| ACCOUNT NO. <br><br> **Rockford Radiology Assoc** <br> **PO Box 5368** <br> **Rockford, IL  61125-0368** | | | Medical | | | | 337.00 |
| ACCOUNT NO.  **6259603** <br><br> **Rural/Metro of Tennessee** <br> **PO Box 1026** <br> **Scottsdale AZ  852521026** <br><br><br> **Revenue Recovery Corporation** <br> **PO Box 2698** <br> **Knoxville TN  37901-2698** | | | Medical | | | | 523.00 |

Sheet no.  _14_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                910.00

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt   Demetrius A Prewitt**                                    Case No. _____
                                     **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0080759537/538** | | | | | | | 293.00 |
| **Sprint** PO Box 219554 Kansas City, MO  64121 | | | **Telephone** Cavalry # 05795228 | | | | |
| **Cavalry Portfolio Services** PO Box 1017 Hawthorne NY  10532 | | | | | | | |
| **National Action Financial services** PO Box 9027 Williamsville NY  14231-9027 | | | | | | | |
| **Penncro Associates** 95 James Way STE 113 Southampton PA  18966-3847 | | | | | | | |
| **Pentagroup Financial** 35A Rust Lane Boerne TX  78006-8202 | | | | | | | |
| **Universal Fidelity** PO Box 941911 Houston TX  77094-8911 | | | | | | | |
| ACCOUNT NO.   **SAI 8872** | | | | | | | 444.00 |
| **Surgical Associates of Northern IL** 2350 N Rockton Ave. Rockford IL  61103 | | | **Medical** | | | | |

Sheet no.  15  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **737.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt   Demetrius A Prewitt** _____     Case No. _____
                            **Debtors**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **423597151** <br><br> **Swedish American Emergency Phys.** <br> **1251 W Glen Oaks Lane** <br> **Mequon WI  530923378** | | | **Medical** | | | | 35.00 |
| ACCOUNT NO.  **LO34683078 & others** <br><br> **Swedish American Hospital** <br> **PO Box 4448** <br> **Rockford IL  61110-0948** <br><br><br> **Infinity** <br> **1251 W Glen Oaks Lane** <br> **Mequon WI  53092-3378** <br><br> **Mutual Management Services** <br> **PO Box 4777** <br> **Rockford IL  61110** | | | **Medical** <br> **Multiple accounts** | | | | 1,600.00 |
| ACCOUNT NO.  **0101259011379** <br><br> **Telecheck Recovery Services** <br> **2521 Westheimer** <br> **Houston TX  77056** | | | **Collection for returned check Auto Zone** | | | | 51.00 |
| ACCOUNT NO.  **66710** <br><br> **Terry Hoss** <br> **PO Box 449** <br> **Cherry ValleyIL  61016** <br><br><br> **Riverside Dental Center** <br> **2028 E Riverside Blvd** <br> **Loves Park IL 61111** | | | **Collection for Riverside Dental Center** | | | | 112.00 |

Sheet no. _16_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **1,798.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick D Prewitt   Demetrius A Prewitt**
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **727470012067628**<br><br>**Transworld Systems**<br>**PO Box 1864**<br>**Santa Rosa CA  95402**<br><br><br>**Tru Green-Chemlawn**<br>**5667 Sandy Hollow Rd.**<br>**Rockford IL  61109** | | | **Collection for TRU-Green Chemlawn & Blackhawk State Bank #1055G-0010271807** | | | | 818.00 |
| ACCOUNT NO.   **12 3691 2702044205 02**<br><br>**Verizon**<br>**PO Box 25505**<br>**LeHigh Valley PA  18002-5505** | | | **Multiple accounts** | | | | 1,500.00 |

Sheet no. _17_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **2,318.00**

Total  ➤  $   **62,292.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Laura L McGarragan  6199753
McGarragan Law Offices
1004 N. Main St.
Rockford, IL 61103


815 961-1111
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In Re:
Debtor:  **Frederick D Prewitt**
Social Security Number:  **2773**

Joint Debtor:  **Demetrius A Prewitt**
Social Security Number:  **6564**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **Account Recovery Services**<br>**PO Box 2526**<br>**Loves Park IL  61132** | **Unsecured Claims** | **$   740.00** |
| 2.  **Accounts Receivable Mgt.**<br>**7507 N 2nd St.**<br>**Machesney Park IL  61115** | **Unsecured Claims** | **$   444.00** |
| 3.  **Advance America Cash Advance**<br>**5924 N 2nd St.**<br>**Loves Park IL  61111** | **Unsecured Claims** | **$  2,159.00** |
| 4.  **Advance Cash Express**<br>**401 East Riverside Blvd**<br>**Loves Park IL  61111** | **Unsecured Claims** | **$  4,872.00** |
| 5.  **Affirmative Insurance**<br>**150 Harvester Dr.  Ste 300**<br>**Burr Ridge IL  60527** | **Unsecured Claims** | **$   515.00** |

In re:  **Frederick D Prewitt**
        **Demetrius A Prewitt**

Case No. _____

| 6. | **Afni**<br>**PO Box 3427**<br>**Bloomington IL  61702-3427** | **Unsecured Claims** | **$   1,066.00** |
|---|---|---|---|
| 7. | **Allied Interstate**<br>**435 Ford Rd.  Ste 800**<br>**Minneapolis MN  55428** | **Unsecured Claims** | **$     468.00** |
| 8. | **American Marketing & Publishing**<br>**PO Box 801**<br>**DeKalb IL  60115** | **Unsecured Claims** | **$     350.00** |
| 9. | **Anderson Financial Network**<br>**PO Box 3097**<br>**Bloomington IL  61702-3097** | **Unsecured Claims** | **$     376.00** |
| 10. | **Angler Motors**<br>**4913 N 2nd St.**<br>**Loves Park IL  61111** | **Secured Claims** | **$   4,000.00** |
| 11. | **Baptist Hospital/Baptist Health System**<br>**PO Box 415000 MSC410203**<br>**Nashville TN  37241-5000** | **Unsecured Claims** | **$   2,042.00** |
| 12. | **Cabrera & Associates**<br>**560 Route 303  STE 209**<br>**Orangeburg NY  10962** | **Unsecured Claims** | **$     318.00** |
| 13. | **Capital One**<br>**PO Box 85520**<br>**Richmond VA  23285-5520** | **Unsecured Claims** | **$     595.00** |
| 14. | **Checkcare Systems**<br>**PO Box 1542**<br>**Homewood IL  60430** | **Unsecured Claims** | **$       46.00** |

In re:  **Frederick D Prewitt**
        **Demetrius A Prewitt**

Case No. _____

| 15. | **Comcast**<br>**4450 Kishwaukee St.**<br>**Rockford IL  61109-0000** | **Unsecured Claims** | **$   215.00** |
|-----|---|---|---|
| 16. | **Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL  60668-0001** | **Unsecured Claims** | **$   874.00** |
| 17. | **Credit Collection Services**<br>**Two Wells Ave.  Dept. 9134**<br>**Newton MA  02459** | **Unsecured Claims** | **$    83.00** |
| 18. | **Credit Management Systems**<br>**PO Box 1735**<br>**Iowa City IA  52244** | **Unsecured Claims** | **$    56.00** |
| 19. | **Creditors Protection Service**<br>**PO Box 4115**<br>**Rockford IL  61110** | **Unsecured Claims** | **$   369.00** |
| 20. | **Crusaders Central Clinic**<br>**1200 West State St.**<br>**Rockford IL  61102** | **Unsecured Claims** | **$   104.00** |
| 21. | **Elite Motors**<br>**3036 Kishwaukee St.**<br>**Rockford IL  61109** | **Secured Claims** | **$ 5,000.00** |
| 22. | **First Premier Bank**<br>**PO Box 5519**<br>**Sioux Falls SD 57117-5519** | **Unsecured Claims** | **$   404.00** |
| 23. | **Fisher & Shapiro**<br>**4201 Lake Cook Rd.**<br>**Northbrook IL  60062-1060** | **Unsecured Claims** | **$ 10,000.00** |

In re:  **Frederick D Prewitt**
       **Demetrius A Prewitt**

Case No. _____

| | | | |
|---|---|---|---|
| 24 . | **Helvey & Associates**<br>**1015 E Center St.**<br>**Warsaw IN  46580-3497** | **Unsecured Claims** | **$   295.00** |
| 25 . | **I. C.Systems Inc.**<br>**PO Box 64437**<br>**St. Paul MN  55164-0437** | **Unsecured Claims** | **$   863.00** |
| 26 . | **IDES**<br>**PO Box 4385**<br>**Chicago IL  60680-4385** | **Unsecured Claims** | **$ 2,962.00** |
| 27 . | **IGS Energy**<br>**5020 Bradenton Ave.**<br>**Dublin OH  43017** | **Unsecured Claims** | **$   200.00** |
| 28 . | **Illinois Title Loans**<br>**923 E State St.**<br>**Rockford IL  61104** | **Unsecured Claims** | **$ 1,571.00** |
| 29 . | **John G Onderak DDS**<br>**1215 Cranston Rd.**<br>**Beloit WI  53511-2534** | **Unsecured Claims** | **$   300.00** |
| 30 . | **Knoxville Emergency Physicians Group**<br>**PO Box 343**<br>**Knoxville TN  37901-0343** | **Unsecured Claims** | **$   220.00** |
| 31 . | **Lab Core**<br>**PO Box 2240**<br>**Burlington NC  27216-2240** | **Unsecured Claims** | **$   309.00** |
| 32 . | **Lundholm Surgical Group**<br>**PO Box 4117**<br>**Rockford IL  61110** | **Unsecured Claims** | **$    50.00** |

In re:   **Frederick D Prewitt**
         **Demetrius A Prewitt**

Case No. _____

| | | |
|---|---|---|
| 33. **Midland Credit Management**<br>PO Box 939019<br>San Diego CA 92193-9019 | Unsecured Claims | $ 937.00 |
| 34. **Mutual Management Services**<br>PO Box 4777<br>Rockford IL 61110 | Unsecured Claims | $ 100.00 |
| 35. **NCO Financial Systems**<br>PO Box 4912<br>Trenton NJ 08650 | Unsecured Claims | $ 1,030.00 |
| 36. **Nicor Gas**<br>PO Box 2020<br>Aurora, IL 60507-2020 | Unsecured Claims | $ 735.00 |
| 37. **North Loves Christian School**<br>5301 E Riverside Blvd.<br>Rockford IL 61114 | Unsecured Claims | $ 800.00 |
| 38. **North Park Public Water District**<br>PO Box 966<br>Roscoe IL 61073-0966 | Unsecured Claims | $ 89.00 |
| 39. **Northern Illinois Scanning**<br>PO Box 1733<br>Rockford il 61110-0233 | Unsecured Claims | $ 132.00 |
| 40. **Northland Group**<br>po Box 390845<br>Edina MN 55439 | Unsecured Claims | $ 747.00 |
| 41. **Physicians Immediate Care**<br>11475 N 2nd St.<br>Machesney Park IL 61115 | Unsecured Claims | $ 145.00 |

In re:   **Frederick D Prewitt**
         **Demetrius A Prewitt**                                      Case No. _____

| 42. | **Professional Tax Service**<br>**3124 Auburn St.**<br>**Rockford IL  61101** | **Unsecured Claims** | **$  3,317.00** |
|---|---|---|---|
| 43. | **Radiology Consultants of Rockford**<br>**PO Box 4542**<br>**Rockford IL  61110** | **Unsecured Claims** | **$   372.00** |
| 44. | **Rebound Physical Therapy**<br>**3616 North Main St.**<br>**Rockford IL  61103** | **Unsecured Claims** | **$    95.00** |
| 45. | **Reports Inc.**<br>**PO Box 10305**<br>**Knoxville TN  37939** | **Unsecured Claims** | **$  1,133.00** |
| 46. | **RMS**<br>**77 Hartland St.  STE 401**<br>**East Hartford CT  06128-0431** | **Unsecured Claims** | **$    83.00** |
| 47. | **Rockford Ambulatory Surgery**<br>**1016 Featherstone Rd.**<br>**Rockford IL  61107** | **Unsecured Claims** | **$   252.00** |
| 48. | **Rockford Anesthesiologists Assoc.**<br>**PO Box 4569**<br>**Rockford IL  61110-4569** | **Unsecured Claims** | **$    70.00** |
| 49. | **Rockford Associated Pathologists**<br>**PO Box 15785**<br>**Rockford IL  61132-5785** | **Unsecured Claims** | **$    48.00** |
| 50. | **Rockford Cardiology Associates**<br>**PO Box 8410**<br>**Rockford IL  61126-8410** | **Unsecured Claims** | **$   193.00** |

In re:     **Frederick D Prewitt**
           **Demetrius A Prewitt**

Case No. _____

**51.**   **Rockford Clinic**                      **Unsecured Claims**              **$  4,300.00**
          **2300 N Rockton Ave.**
          **Rockford IL  61103**

**52.**   **Rockford Health Physicians**          **Unsecured Claims**              **$    252.00**
          **2300 N Rockton Ave.**
          **Rockford IL  61103**

**53.**   **Rockford Health System/RMH**          **Unsecured Claims**              **$  8,833.00**
          **2400 North Rockton Ave.**
          **Rockford IL  61103**

**54.**   **Rockford Orthopedic Associates**      **Unsecured Claims**              **$     50.00**
          **PO Box 5247**
          **Rockford IL  61125**

**55.**   **Rockford Radiology Assoc**            **Unsecured Claims**              **$    337.00**
          **PO Box 5368**
          **Rockford, IL  61125-0368**

**56.**   **Rural/Metro of Tennessee**            **Unsecured Claims**              **$    523.00**
          **PO Box 1026**
          **Scottsdale AZ  852521026**

**57.**   **Sprint**                              **Unsecured Claims**              **$    293.00**
          **PO Box 219554**
          **Kansas City, MO  64121**

**58.**   **Surgical Associates of Northern IL**  **Unsecured Claims**              **$    444.00**
          **2350 N Rockton Ave.**
          **Rockford IL  61103**

**59.**   **Swedish American Emergency Phys.**    **Unsecured Claims**              **$     35.00**
          **1251 W Glen Oaks Lane**
          **Mequon WI  530923378**

In re:  **Frederick D Prewitt**
        **Demetrius A Prewitt**

Case No. _____

**60.**  **Swedish American Hospital**          **Unsecured Claims**          **$   1,600.00**
         **PO Box 4448**
         **Rockford IL  61110-0948**


**61.**  **Telecheck Recovery Services**        **Unsecured Claims**          **$      51.00**
         **2521 Westheimer**
         **Houston TX  77056**


**62.**  **Terry Hoss**                          **Unsecured Claims**          **$     112.00**
         **PO Box 449**
         **Cherry ValleyIL  61016**


**63.**  **Transworld Systems**                  **Unsecured Claims**          **$     818.00**
         **PO Box 1864**
         **Santa Rosa CA  95402**


**64.**  **Verizon**                             **Unsecured Claims**          **$   1,500.00**
         **PO Box 25505**
         **LeHigh Valley PA  18002-5505**

In re:  **Frederick D Prewitt**
**Demetrius A Prewitt**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Frederick D Prewitt**, and I, **Demetrius A Prewitt**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **8 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:  **/s/ Frederick D Prewitt**
**Frederick D Prewitt**

Dated:  **5/12/2009**

Signature:  **/s/ Demetrius A Prewitt**
**Demetrius A Prewitt**

Dated:  **5/12/2009**

**B6G (Official Form 6G) (12/07)**

In re:  <u>Frederick D Prewitt    Demetrius A Prewitt</u>                    ,        Case No. _____
                                  **Debtors**                                                                **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re:  **Frederick D Prewitt    Demetrius A Prewitt** _____.    Case No. _____
_____
**Debtors**                                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Frederick D Prewitt Demetrius A Prewitt**                Case No. _____
                    Debtors                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **daughter** | **17** |
| | **son** | **15** |
| | **grandson** | **1** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck driver** | **Disabled** |
| Name of Employer | **Silver Arrow Express** | |
| How long employed | **2 1/2 yrs.** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 3,007.94 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 3,007.94 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 199.36 | $ | 0.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify)  **Advance** | $ | 274.63 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 473.98 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,533.96 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,533.96 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,533.96 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

**In re**   **Frederick D Prewitt Demetrius A Prewitt** _____          **Case No.** _____

_____  **Debtors**                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re <u>Frederick D Prewitt Demetrius A Prewitt</u>,        Case No. _____

Debtors                                                (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 950.00 |
|    a. Are real estate taxes included?  Yes _____  No ✓ | | |
|    b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 150.00 |
|    b. Water and sewer | $ | 30.00 |
|    c. Telephone | $ | 60.00 |
|    d. Other **Cable** | $ | 65.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 158.00 |
|    e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 170.00 |
|    b. Other **Second Auto** | $ | 150.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,533.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | 2,533.96 |
|    b. Average monthly expenses from Line 18 above | $ | 2,533.00 |
|    c. Monthly net income (a. minus b.) | $ | 0.96 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### Northern District of Illinois

In re **Frederick D Prewitt    Demetrius A Prewitt**_____ ,        Case No. _____

                                        Debtors

                                                            Chapter    7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $ 0.00 | | |
| B - Personal Property | YES | 2 | $ 19.670.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 9.000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 18 | | $ 62.292.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 2.533.96 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2.533.00 |
| TOTAL | | 30 | $ 19,670.00 | $ 71,292.00 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Frederick D Prewitt    Demetrius A Prewitt**                    Case No. _____
                                        **Debtors**                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **5/12/2009** _____            Signature: **/s/ Frederick D Prewitt** _____
                                                    **Frederick D Prewitt**
                                                                    Debtor

Date: **5/12/2009** _____            Signature: **/s/ Demetrius A Prewitt** _____
                                                    **Demetrius A Prewitt**
                                                            (Joint Debtor, if any)

                                    [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

--------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:  **Frederick D Prewitt    Demetrius A Prewitt** _____ ,          Case No. _____

                                                    Debtors                                                                          (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 40,000.00 | Wages | 2007 |
| 42,000.00 | Wages | 2008 |
| 12,000.00 | Wages | 2009 |

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 4,520.00 | Disability | 2009 |

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| | | | |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| | | | |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Midland  Management Inc v Demetrius Prewitt    2008 SC 5577** | **Civil** | **Winnebago County Courthouse Rockford IL** | **Pending** |
| **US Bank et al v Frederick D Prewitt et al    2008 CH 2103** | **Foreclosure** | **Winnebago County Court Rockford IL** | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| | | |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- |
| **Ocwen Loan Servicing**<br>**12650 Ingenuity Dr.**<br>**Orlando FL  32826-2703** | 03/01/2009 | **Short Sale**<br>**9758 Redfield Rd.**<br>**Roscoe IL  61073**<br>**110000.00** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE OF<br>GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
| --- | --- | --- |

4

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **McGarragan Law Offices 1004 N. Main St. Rockford, IL 61103** | **5/11/2009** | **1000.00** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **9758 Redfield Rd.** **Roscoe IL  61073** | **Frederick Prewitt** | |

## 16.  Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑ b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑ b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/12/2009**        Signature of Debtor   **/s/ Frederick D Prewitt**
                                        **Frederick D Prewitt**

Date  **5/12/2009**        Signature of Joint Debtor   **/s/ Demetrius A Prewitt**
(if any)                             **Demetrius A Prewitt**

B 201 (12/08)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

B 201                                                                                                                    Page 2

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of the Debtor

We, the debtors, affirm that we have received and read this notice.

| | |
|---|---|
| **Frederick D Prewitt** | X **/s/ Frederick D Prewitt**          **5/12/2009** |
| **Demetrius A Prewitt** | **Frederick D Prewitt** |
| | Signature of Debtor                              Date |
| Printed Name(s) of Debtor(s) | X **/s/ Demetrius A Prewitt**          **5/12/2009** |
| | **Demetrius A Prewitt** |
| Case No. (if known) | Signature of Joint Debtor                      Date |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Frederick D Prewitt    Demetrius A Prewitt** _____ ,    Case No. _____

Debtors                           Chapter    **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,533.96 |
| Average Expenses (from Schedule J, Line 18) | $ 2,533.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3,007.94 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $3,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $62,292.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $65,292.00 |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re    **Frederick D Prewitt    Demetrius A Prewitt**                    Case No. _____
                                    Debtors                                                Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**Angler Motors** | **Describe Property Securing Debt:**<br><br>**2000 Pontiac Grand AM** |

Property will be *(check one)*:
    ☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt         ☑ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br><br>**Elite Motors** | **Describe Property Securing Debt:**<br><br>**2003 Bonneville** |

Property will be *(check one)*:
    ☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☐ Claimed as exempt         ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

B 8 (Official Form 8) (12/08)                                                                                      Page 2

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES          ❏ NO |

_____0_____   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **5/12/2009**

**/s/ Frederick D Prewitt**
**Frederick D Prewitt**
Signature of Debtor

**/s/ Demetrius A Prewitt**
**Demetrius A Prewitt**
Signature of Joint Debtor (if any)

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **Frederick D Prewitt**          **Demetrius A Prewitt**                     Case No. _____

                                          Debtors                                    Chapter    **7**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | **1,000.00** |
   | Prior to the filing of this statement I have received | $ | **1,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor                ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor                ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
     of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
     my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
     attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representingn Debtor in Adversary**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **5/12/2009**   _____

                                  **/s/ Laura L McGarragan**   _____
                                  **Laura L McGarragan, Bar No.  6199753**

                                  **McGarragan Law Offices**
                                  Attorney for Debtor(s)

---

Charter Communications
2701 Daniels St.
Madison WI  53718-6792

Account Recovery Services
PO Box 2526
Loves Park IL  61132

Accounts Receivable Mgt.
7507 N 2nd St.
Machesney Park IL  61115

Advance America Cash Advance
5924 N 2nd St.
Loves Park IL  61111

Advance Cash Express
401 East Riverside Blvd
Loves Park IL  61111

Affirmative Insurance
150 Harvester Dr.  Ste 300
Burr Ridge IL  60527

Afni
PO Box 3427
Bloomington IL  61702-3427

Allied Interstate
435 Ford Rd.  Ste 800
Minneapolis MN  55428

American Marketing & Publishing
PO Box 801
DeKalb IL  60115

Ameriquest
505 S Main St.  SE 6000
Orange CA  92868-4518

Anderson Financial Network
PO Box 3097
Bloomington IL  61702-3097

Angler Motors
4913 N 2nd St.
Loves Park IL  61111

Atlantic Credit & Finance
PO Box 11887
Roanoke VA  240221887

Baptist Hospital/Baptist Health System
PO Box 415000 MSC410203
Nashville TN  37241-5000

Bennett & Deloney
PO Box 190
Midvale UT  84047-0190

Blatt, Hasenmiller, Leibsker & Moore
PO Box 489
Normal IL  61761

Cabrera & Associates
560 Route 303  STE 209
Orangeburg NY  10962

Capital Mgt Services
726 Exchange St.  STE 700
Buffalo NY  14210

Capital One
PO Box 85520
Richmond VA   23285-5520


Cavalry Portfolio Services
PO Box 1017
Hawthorne NY   10532


Checkcare Systems
PO Box 1542
Homewood IL   60430


CitiFinancial
PO Box 9138 Dept 0251
Gaithersburg MD   20898-9438


Comcast
4450 Kishwaukee St.
Rockford IL   61109-0000


Commonwealth Edison
Bill Payment Center
Chicago, IL   60668-0001


Credit Protection Association
13355 Noel Rd.
Dallas TX 75240


Credit Collection Services
Two Wells Ave.  Dept. 9134
Newton MA   02459


Credit Management Systems
PO Box 1735
Iowa City IA   52244

Creditors Protection Service
PO Box 4115
Rockford IL   61110


Crusaders Central Clinic
1200 West State St.
Rockford IL   61102


Elite Motors
3036 Kishwaukee St.
Rockford IL   61109


First Premier Bank
PO Box 5519
Sioux Falls SD 57117-5519


Fisher & Shapiro
4201 Lake Cook Rd.
Northbrook IL   60062-1060


Founders
1645 E Birchwood Ave.
Des Plaines IL   60018


Hall & Associates
560 Route 303  STE 209
Orangeburg NY   10962


Helvey & Associates
1015 E Center St.
Warsaw IN   46580-3497


HSBC Card Services
PO Box 9438
Carol Stream IL   60197

I. C.Systems Inc.
PO Box 64437
St. Paul MN  55164-0437


IDES
PO Box 4385
Chicago IL  60680-4385


IGS Energy
5020 Bradenton Ave.
Dublin OH  43017


Illinois Title Loans
923 E State St.
Rockford IL  61104


Infinity
1251 W Glen Oaks Lane
Mequon WI  53092-3378


John G Onderak DDS
1215 Cranston Rd.
Beloit WI  53511-2534


Kenneth Lutsch DDS
619 Harlem Rd.
Machesney Park IL  61115


Knoxville Emergency Physicians Group
PO Box 343
Knoxville TN  37901-0343


Lab Core
PO Box 2240
Burlington NC  27216-2240

Lundholm Surgical Group
PO Box 4117
Rockford IL   61110


Midland Credit Management
PO Box 939019
San Diego CA   92193-9019


Mutual Management Services
PO Box 4777
Rockford IL   61110


National Action Financial services
PO Box 9027
Williamsville NY   14231-9027


NCO Financial Systems
PO Box 4912
Trenton NJ   08650


Nicor Gas
PO Box 2020
Aurora, IL   60507-2020


North Loves Christian School
5301 E Riverside Blvd.
Rockford IL   61114


North Park Public Water District
PO Box 966
Roscoe IL   61073-0966


Northern Illinois Scanning
PO Box 1733
Rockford il   61110-0233

Northland Group
po Box 390845
Edina MN  55439


Ocwen Loan Servicing
12650 Ingenuity Dr.
Orlando FL  32826-2703


Penncro Associates
95 James Way STE 113
Southampton PA  18966-3847


Pentagroup Financial
35A Rust Lane
Boerne TX  78006-8202


PFG of Minnesota
PO Box 4115
Concord CA  94524


Physicians Immediate Care
11475 N 2nd St.
Machesney Park IL  61115


Professional Tax Service
3124 Auburn St.
Rockford IL  61101


Radiology Consultants of Rockford
PO Box 4542
Rockford IL  61110


Raymond C Fellows MD
1309 2nd Ave.
Rockford IL  61104

Rebound Physical Therapy
3616 North Main St.
Rockford IL   61103


Reports Inc.
PO Box 10305
Knoxville TN   37939


Revenue Recovery Corporation
PO Box 2698
Knoxville TN   37901-2698


Riverside Dental Center
2028 E Riverside Blvd
Loves Park IL 61111


RMS
77 Hartland St.  STE 401
East Hartford CT  06128-0431


Rockford Ambulatory Surgery
1016 Featherstone Rd.
Rockford IL   61107


Rockford Anesthesiologists Assoc.
PO Box 4569
Rockford IL   61110-4569


Rockford Associated Pathologists
PO Box 15785
Rockford IL   61132-5785


Rockford Cardiology Associates
PO Box 8410
Rockford IL   61126-8410

Rockford Clinic
2300 N Rockton Ave.
Rockford IL   61103


Rockford Health Physicians
2300 N Rockton Ave.
Rockford IL   61103


Rockford Health System/RMH
2400 North Rockton Ave.
Rockford IL   61103


Rockford Mercantile
2502 S Alpine Rd.
Rockford IL   61108


Rockford Orthopedic Associates
PO Box 5247
Rockford IL   61125


Rockford Radiology Assoc
PO Box 5368
Rockford, IL   61125-0368


Rural/Metro of Tennessee
PO Box 1026
Scottsdale AZ   852521026


Security Check
PO Box 1211
Oxford MS   38655-1211


Sprint
PO Box 219554
Kansas City, MO   64121

State Collection Service
PO Box 6737
Madison WI  53716-0737


Surgical Associates of Northern IL
2350 N Rockton Ave.
Rockford IL  61103


Swedish American Emergency Phys.
1251 W Glen Oaks Lane
Mequon WI  530923378


Swedish American Hospital
PO Box 4448
Rockford IL  61110-0948


Telecheck Recovery Services
2521 Westheimer
Houston TX  77056


Terry Hoss
PO Box 449
Cherry ValleyIL  61016


Transworld Systems
PO Box 1864
Santa Rosa CA  95402


Travelers
One Tower Square
Hartford CT  06183-10010


Tru Green-Chemlawn
5667 Sandy Hollow Rd.
Rockford IL  61109

United Credit Services
PO Box 740
Elkhorn WI  53121-0740


Universal Fidelity
PO Box 941911
Houston TX  77094-8911


Verizon
777 Big Timber Rd.
Elgin IL  60123


Verizon
PO Box 25505
LeHigh Valley PA  18002-5505

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                             Bankruptcy Case Number: _____

**Frederick D Prewitt**
**Demetrius A Prewitt**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:   **5/12/2009**_____        /s/ Frederick D Prewitt_____
                                              **Frederick D Prewitt**
                                                        Debtor

                                              /s/ Demetrius A Prewitt_____
                                              **Demetrius A Prewitt**
                                                        Joint Debtor